**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00615-CV

**MARK SCHWARTZ, NEWCASTLE MANAGEMENT, L.P., ET AL., Appellants**

**V.**

**STEVEN J. PULLY, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-0064-H**

## ORDER

Before the Court is appellants' August 11, 2014 second unopposed motion to extend time to file appellants' brief. Appellants' motion is **GRANTED**. Appellants' brief shall be filed on or before August 28, 2014.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE